UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NESTOR R. MORALES, | ) | Case No. EDCV 16-2659 DSF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CYNTHIA Y. TAMPKINS, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: __1/27/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE